JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **HARVEST INTERNATIONAL TRADING, INC. d.b.a. JOAN'S COLLECTION, a California corporation,**<br><br>Plaintiff,<br><br>vs.<br><br>**LOOMIS ARMORED US, LLC, a Texas corporation; and DOES 1 through 20, inclusive,**<br><br>Defendants. | CASE NO. 2:18-cv-06030 RSWL (SKx)<br><br>[Assigned to the Honorable Ronald S.W. Lew]<br>[**Removed from Los Angeles Superior Court Case No. BC698533**]<br><br>**ORDER RE: JOINT STIPULATION TO REMAND THIS ACTION TO STATE COURT** |

///
///
///

# ORDER

Having considered the Joint Stipulation between Plaintiff Harvest International Trading, Inc. d.b.a Joan's Collection, a California corporation and Defendant Loomis Secure Logistics, erroneously sued as Loomis Armored US, LLC a Texas corporation to remand this action to State Court and good cause shown, the stipulation of the parties is GRANTED. IT IS HEREBY ORDERED that this action is remanded to Los Angeles Superior Court, case No. BC698533, and that each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to Federal Court and the remand.

All pending dates are vacated. The clerk shall close this action.

**IT IS SO ORDERED:**

DATED: 9/10/2018              s/ RONALD S.W. LEW
                              RONALD S.W. LEW
                              United Stated District Judge